Form B6 F (12-03)

In re: SHATRION HILL
  Debtor(s)

Case No. _____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 046600007488270<br>ENCORE RECEIV. MGMT., INC.<br>400 N. Rogers Rd.<br>P.O. BOX 3330, OLATHE, KS. 66063-3330 | | | CONSUMER GOODS, CONV0466 #BWNNCHH | | $4,300.00 |
| A/C # 046600007488270<br>CARD SERVICES<br>PAYMENT PROCESSING CENTER<br>P.O. BOX 15137, WILMINGTON, DE 19850-5137 | | | CONSUMER GOODS | | $4,300.00 |
| A/C # ~~~~~~ | | | | | (4,300.00) |
| A/C # 000230710600039235B<br>HSBC TAXPAYER FIN. SERV., INC.<br>P.O. BOX 10690<br>WILMINGTON, DE 19850-0690 | | | PERSONAL LOAN | | 850.00 |
| A/C # 9904375350-1<br>SALLIE MAE<br>P.O. BOX 9533<br>WILKES-BARRE, PA. 18773-9533 | | | STUDENT LOAN (COLLEGE) | | 9,000.00 |
| A/C # 60107990<br>NISSAN MOTOR ACCEPT. CORP<br>C/O AMO RECOVERIES<br>P.O. BOX 926100<br>NORCROSS, GA. 30010-6200 | | | AUTO REPOSSESSED, JUNE 2007<br>2004 NISSAN-SENTRY<br>REFER: 90102436813030001 | | 5,400.00 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

Continuation Sheets attached.

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.
** If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Subtotal -> (Total of this page) $19,550

Total -> $19,550
(use only on last page of completed Schedule F.)