Official Form 3
(12/03)

## United States Bankruptcy Court
_NORTHERN_ District Of _ILLINOIS_

In re _SHATRION HILL_ ,          Case No. _____

          Debtor

          Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.     In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _299.00_ in installments.

2.     I certify that I am unable to pay the Filing Fee except in installments.

3.     I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.     I propose the following terms for the payment of the Filing Fee.*

   $ _80.00_     Check one ☒     With the filing of the petition, or
                            ☐     On or before _____

   $ _100.00_     on or before ~~FEBRUARY~~ _MARCH_ , ~~2008~~

   $ _119.00_     on or before ~~MARCH~~ _EW_ , ~~2008~~ _APRIL_
                                    _EW_

   $ _____     on or before _____

*     The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.     I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_Ernest E. Wiley, Jr_ _1/9/08_          _Shatrion Hill_     _11-16-07_
Signature of Attorney          Date          Signature of Debtor SHATRION HILL     Date
                                             (In a joint case, both spouses must sign.)

_ERNEST E. WILEY, JR_
Name of Attorney

                                             _____     _____
                                             Signature of Joint Debtor (if any)     Date

_____

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____          Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer          (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____          _____
Signature of Bankruptcy Petition Preparer          Date

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._